# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| ANTHONY BUTLER a/k/a "Ant" | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Conspiracy to Distribute Controlled Substances)

From at least January 2024 through April 2024, within the District of Maine and elsewhere, the defendant,

**ANTHONY BUTLER a/k/a "Ant,"**

knowingly and intentionally conspired with others, both known and unknown, to distribute and possess with intent to distribute controlled substances, including a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and Section 841(b)(1)(C).

In this way the defendant violated Title 21, United States Code, Section 846.

### FORFEITURE NOTICE

1. Upon conviction of the offense set forth in Count One of this Information, the defendant,

**ANTHONY BUTLER a/k/a "Ant,"**

1

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained directly or indirectly as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant—

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

UNITED STATES ATTORNEY
DARCIE N. MCELWEE

By: _____
Noah Falk
Assistant U.S. Attorney